# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# NORTHERN DIVISION

In re: EGGETT, THOMAS J. § Case No. 5:09-55033
§
§
Debtor(s) §

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 01, 2009. The undersigned trustee was appointed on August 09, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $   10,500.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1,069.50 |
| Bank service fees | 25.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 8,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 1,405.50 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/13/2012 and the deadline for filing governmental claims was 01/13/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $625.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $622.93, for a total compensation of $622.93.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $134.73, for total expenses of $134.73.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/16/2013    By: /s/Robert S. Thomas II
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 5:09-55033  
**Case Name:** EGGETT, THOMAS J.

**Trustee:** (550610) Robert S. Thomas II  
**Filed (f) or Converted (c):** 08/08/11 (c)  
**§341(a) Meeting Date:** 10/03/11  
**Claims Bar Date:** 01/13/12

**Period Ending:** 04/16/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 451 Berwick Circle, Aurora, Ohio 44202 | 1,300,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Cash | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Household Goods | 10,000.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | xxx | 0.00 | 0.00 | | 0.00 | FA |
| 6 | xxx | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Account formerly held at Wells Fargo | 11,472.03 | 0.00 | | 0.00 | FA |
| 8 | 100% of New Legacy Solutions | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Loan to New Legacy Solutions | 1,410,000.00 | 0.00 | | 0.00 | FA |
| 10 | Potential legal malpractice claim | Unknown | 10,500.00 | | 10,500.00 | FA |
| 11 | 3 cats and 1 guinea pig | 0.00 | 0.00 | | 0.00 | FA |
| 12 | xxx | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Miscellaneous collections | 500.00 | 0.00 | | 0.00 | FA |
| 14 | Wedding band, watch | 200.00 | 0.00 | | 0.00 | FA |
| 15 | Golf clubs, digital cameras, miscellaneous sport | 200.00 | 0.00 | | 0.00 | FA |
| 16 | Term life policy with Mass mutual - wife is bene | 0.00 | 0.00 | | 0.00 | FA |
| 17 | xxx | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Retirement plan with IBM | Unknown | 0.00 | | 0.00 | FA |
| 19 | Retirement plan with National Machine | Unknown | 0.00 | | 0.00 | FA |
| 20 | xxx | Unknown | 0.00 | | 0.00 | FA |
| 21 | xxx | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Grandmother Mary Eggett Date of death: 11/3/2009 | Unknown | 0.00 | | 0.00 | FA |
| 23 | xxx | Unknown | 0.00 | | 0.00 | FA |
| 24 | Desk & Cabinet | 50.00 | 0.00 | | 0.00 | FA |
| 25 | xxx | Unknown | 0.00 | | 0.00 | FA |
| 25 | **Assets Totals** (Excluding unknown values) | **$2,733,422.03** | **$10,500.00** | | **$10,500.00** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 5:09-55033        **Trustee:** (550610) Robert S. Thomas II
**Case Name:** EGGETT, THOMAS J.        **Filed (f) or Converted (c):** 08/08/11 (c)
       **§341(a) Meeting Date:** 10/03/11
**Period Ending:** 04/16/13        **Claims Bar Date:** 01/13/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

     TRUSTEE FILED MOTION TO COMPROMISE. TRUSTEE COLLECTED FINAL ESTATE FUNDS ON 12/28/12. TRUSTEE SUBMITTED FINAL REPORT TO U.S. TRUSTEE ON OR ABOUT JANUARY 17, 2013

     DATE: 01/17/13                    /s/ Robert S. Thomas, II

**Initial Projected Date Of Final Report (TFR):**     December 31, 2012        **Current Projected Date Of Final Report (TFR):**     January 17, 2013 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 5:09-55033  
**Case Name:** EGGETT, THOMAS J.

**Taxpayer ID #:** **-***1741  
**Period Ending:** 04/16/13

**Trustee:** Robert S. Thomas II (550610)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******16-66 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/28/12 | {10} | Ricahrd A. Pignatiello | Payment per agreed order. | 1129-000 | 3,000.00 | | 3,000.00 |
| 12/28/12 | {10} | PROFESSIONALS DIRECT INS. CO. | AGREED TURNOVER FOR MALPRACTICE CLAIM | 1129-000 | 7,500.00 | | 10,500.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,475.00 |
| 01/04/13 | 101 | THOMAS J. EGGETT | EXEMPT MONIES | 8100-002 | | 8,000.00 | 2,475.00 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001055061088 20130117 | 9999-000 | | 2,475.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,500.00 | 10,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 2,475.00 | |
| | | | **Subtotal** | | 10,500.00 | 8,025.00 | |
| | | | Less: Payments to Debtors | | | 8,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,500.00** | **$25.00** | |

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 5:09-55033 | Trustee: | Robert S. Thomas II (550610) |
|---|---|---|---|
| Case Name: | EGGETT, THOMAS J. | Bank Name: | Rabobank, N.A. |
| | | Account: | ****359866 - Checking Account |
| Taxpayer ID #: | **-***1741 | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 04/16/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 2,475.00 | | 2,475.00 |
| 02/12/13 | 10102 | MICHAEL J. MORAN | ATTORNEY FOR TRUSTEE FEES | 3210-000 | | 1,000.00 | 1,475.00 |
| 02/12/13 | 10103 | MICHAEL J. MORAN | ATTORNEY FOR TRUSTEE EXPENSES | 3220-000 | | 69.50 | 1,405.50 |
| 04/16/13 | 10104 | Capital One, N.A. | Dividend paid 0.10% on $1,175.00; Claim# 7S; Filed: $1,175.00; Reference: Voided on 04/16/13 | 4110-000 | | 1.19 | 1,404.31 |
| 04/16/13 | 10104 | Capital One, N.A. | Dividend paid 0.10% on $1,175.00; Claim# 7S; Filed: $1,175.00; Reference: Voided: check issued on 04/16/13 | 4110-000 | | -1.19 | 1,405.50 |
| 04/16/13 | 10105 | Michael Erickson | Dividend paid 0.10% on $68,832.96; Claim# 11; Filed: $68,832.96; Reference: Voided on 04/16/13 | 4110-000 | | 69.25 | 1,336.25 |
| 04/16/13 | 10105 | Michael Erickson | Dividend paid 0.10% on $68,832.96; Claim# 11; Filed: $68,832.96; Reference: Voided: check issued on 04/16/13 | 4110-000 | | -69.25 | 1,405.50 |
| 04/16/13 | 10106 | Woodart, Inc. | Dividend paid 0.10% on $104,456.89; Claim# 12; Filed: $104,456.89; Reference: Voided on 04/16/13 | 4110-000 | | 105.09 | 1,300.41 |
| 04/16/13 | 10106 | Woodart, Inc. | Dividend paid 0.10% on $104,456.89; Claim# 12; Filed: $104,456.89; Reference: Voided: check issued on 04/16/13 | 4110-000 | | -105.09 | 1,405.50 |
| 04/16/13 | 10107 | Christopher Scott Stover | Dividend paid 0.10% on $25,793.20; Claim# 13; Filed: $25,793.20; Reference: Voided on 04/16/13 | 4110-000 | | 25.95 | 1,379.55 |
| 04/16/13 | 10107 | Christopher Scott Stover | Dividend paid 0.10% on $25,793.20; Claim# 13; Filed: $25,793.20; Reference: Voided: check issued on 04/16/13 | 4110-000 | | -25.95 | 1,405.50 |
| 04/16/13 | 10108 | Barrington Master Association | Dividend paid 0.10% on $697.50; Claim# 14; Filed: $697.50; Reference: Voided on 04/16/13 | 4110-000 | | 0.70 | 1,404.80 |
| 04/16/13 | 10108 | Barrington Master Association | Dividend paid 0.10% on $697.50; Claim# 14; Filed: $697.50; Reference: Voided: check issued on 04/16/13 | 4110-000 | | -0.70 | 1,405.50 |
| 04/16/13 | 10109 | Huntington National Bank | Dividend paid 0.10% on $454,234.41; Claim# 16; Filed: $454,234.41; Reference: Voided on 04/16/13 | 4110-000 | | 456.99 | 948.51 |
| 04/16/13 | 10109 | Huntington National Bank | Dividend paid 0.10% on $454,234.41; Claim# 16; Filed: $454,234.41; Reference: | 4110-000 | | -456.99 | 1,405.50 |

Subtotals : $2,475.00 $1,069.50

{} Asset reference(s)      Printed: 04/16/2013 10:04 AM    V.13.13

# Form 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 5:09-55033 | | **Trustee:** | Robert S. Thomas II (550610) |
| **Case Name:** | EGGETT, THOMAS J. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****359866 - Checking Account |
| **Taxpayer ID #:** | **-***1741 | | **Blanket Bond:** | $2,000,000.00 (per case limit) |
| **Period Ending:** | 04/16/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided: check issued on 04/16/13 | | | | |
| 04/16/13 | 10110 | Huntington National Bank | Dividend paid 0.10% on $741,830.02; Claim# 17; Filed: $741,830.02; Reference: Voided on 04/16/13 | 4110-000 | | 746.33 | 659.17 |
| 04/16/13 | 10110 | Huntington National Bank | Dividend paid 0.10% on $741,830.02; Claim# 17; Filed: $741,830.02; Reference: Voided: check issued on 04/16/13 | 4110-000 | | -746.33 | 1,405.50 |
| | | | **ACCOUNT TOTALS** | | 2,475.00 | 1,069.50 | $1,405.50 |
| | | | Less: Bank Transfers | | 2,475.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 1,069.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $1,069.50 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******16-66** | 10,500.00 | 25.00 | 0.00 |
| **Checking # ****359866** | 0.00 | 1,069.50 | 1,405.50 |
| | $10,500.00 | $1,094.50 | $1,405.50 |

{} Asset reference(s)      Printed: 04/16/2013 10:04 AM    V.13.13

# EXHIBIT C - CLAIMS ANALYSIS

## Case: 5:09-55033    EGGETT, THOMAS J.

Claims Bar Date: 01/13/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Robert S. Thomas II<br>1653 Merriman Rd., #203<br>Akron, OH 44331-3528<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>08/08/11 |  | $625.00<br>$625.00 | $0.00 | $625.00 |
|  | STEVEN S. DAVIS<br>1370 ONTARIO<br>STANDARD BLDG., SUITE 450<br>CLEVELAND, OH 44113-1744<br><6210-16  Attorney for D-I-P Fees (Chapter 11)>, 300 | Admin Ch. 11<br>08/08/11 |  | $21,875.00<br>$21,875.00 | $0.00 | $21,875.00 |
|  | STEVEN S. DAVIS<br>1370 ONTARIO<br>STANDARD BLDG., SUITE 450<br>CLEVELAND, OH 44113-1744<br><6220-17  Attorney for D-I-P Expenses (Chapter 11)>, 300 | Admin Ch. 11<br>08/08/11 |  | $240.46<br>$240.46 | $0.00 | $240.46 |
|  | Robert S. Thomas II<br>1653 Merriman Rd., #203<br>Akron, OH 44331-3528<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>08/08/11 |  | $135.18<br>$135.18 | $0.00 | $135.18 |
| 1 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/04/09 |  | $15,286.14<br>$15,286.14 | $0.00 | $15,286.14 |
| 2 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/04/09 | KOHL'S | $82.83<br>$82.83 | $0.00 | $82.83 |
| 3 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/05/09 |  | $2,602.85<br>$2,602.85 | $0.00 | $2,602.85 |
| 4 | AMERICAN EXPRESS TRAVEL<br>RELATED SERVICES CO INC<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/30/09 |  | $109,723.14<br>$109,723.14 | $0.00 | $109,723.14 |

# EXHIBIT C - CLAIMS ANALYSIS

## Case: 5:09-55033  EGGETT, THOMAS J.

Claims Bar Date: 01/13/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | The Country Club of Hudson<br>c/o Weltman Weinberg & Reis Co LPA<br>323 W Lakeside Ave 2nd Fl Clevel, OH 44113<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/05/10 | | $3,128.78<br>$3,128.78 | $0.00 | $3,128.78 |
| 6 | CAPITAL ONE BANK USA, N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/12/10 | | $502.83<br>$502.83 | $0.00 | $502.83 |
| 7S | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>03/15/10 | BEST BUY | $1,175.00<br>$1,175.00 | $0.00 | $1,175.00 |
| 7U | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>03/15/10 | BEST BUY | $2,736.29<br>$2,736.29 | $0.00 | $2,736.29 |
| 8 | Ohio Bureau of Workers' Compensation<br>PO Box 15567<br>Columbus, OH 43215-0567<br><5800-00  Claims of Governmental Units>, 570 | Priority<br>03/22/10 | *CLAIM WITHDRAWN | $4,444.04<br>$0.00 | $0.00 | $0.00 |
| 9 | Emily Hammonds<br>c/o Dennis J. Ibold<br>401 South Street<br>Chardon, OH 44024<br><5100-00  Domestic Support Obligations>, 500 | Priority<br>04/15/10 | | $20,520.54<br>$20,520.54 | $0.00 | $20,520.54 |
| 10 | Asset Acceptance LLC<br>Po Box 2036<br>Warren, MI 48090<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>04/22/10 | WINDSTREAM | $145.24<br>$145.24 | $0.00 | $145.24 |
| 11 | Michael Erickson<br>c/o Dean S. Hoover<br>19 Atterbury Boulevard,Suite 12<br>Hudson, OH 44236<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>04/27/10 | | $68,832.96<br>$68,832.96 | $0.00 | $68,832.96 |

# EXHIBIT C - CLAIMS ANALYSIS

## Case: 5:09-55033  EGGETT, THOMAS J.

Claims Bar Date: 01/13/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12 | Woodart, Inc. <br> c/o Dean S. Hoover <br> 19 Atterbury Boulevard, Suite 12 <br> Hudson, OH 44236 <br> <4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured <br> 04/27/10 | | $104,456.89 <br> $104,456.89 | $0.00 | $104,456.89 |
| 13 | Christopher Scott Stover <br> c/o Dean S. Hoover, Attorney <br> 19 Atterbury Boulevard, Suite 12 <br> Hudson, OH 44236 <br> <4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured <br> 04/27/10 | | $25,793.20 <br> $25,793.20 | $0.00 | $25,793.20 |
| 14 | Barrington Master Association <br> c/o Kaman & Cusimano, LLC <br> 50 Public Square, Suite 2000 <br> Cleveland, OH 44113-2215 <br> <4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured <br> 04/28/10 | | $697.50 <br> $697.50 | $0.00 | $697.50 |
| 15 | Buckley King, LPA <br> c/o John Neal <br> 600 Superior Ave., Ste. 1400 <br> Cleveland, OH 44114 <br> <7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured <br> 04/29/10 | | $14,731.79 <br> $14,731.79 | $0.00 | $14,731.79 |
| 16 | Huntington National Bank <br> 2361 Morse Rd <br> Columbus, OH 43229 <br> <4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured <br> 03/22/11 | | $454,234.41 <br> $454,234.41 | $0.00 | $454,234.41 |
| 17 | Huntington National Bank <br> P.O. Box 89424 <br> Cleveland, OH 44101-8539 <br> <4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured <br> 03/23/11 | | $741,830.02 <br> $741,830.02 | $0.00 | $741,830.02 |
| 18 | FIA CARD SERVICES, N.A. <br> PO Box 15102 <br> Wilmington, DE 19886-5102 <br> <7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured <br> 10/13/11 | | $63,884.88 <br> $63,884.88 | $0.00 | $63,884.88 |
| 19 | Portage County Treasurer <br> 449 S. Meridian St <br> Ravenna, OH 44266 <br> <5800-00  Claims of Governmental Units>, 570 | Priority <br> 10/28/11 | | $9,371.03 <br> $9,371.03 | $0.00 | $9,371.03 |
| 20 | Lisa R. Kraemer <br> 20133 Farnsleigh Rd <br> Cleveland, OH 44122-3613 <br> <7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured <br> 10/28/11 | | $10,203.00 <br> $10,203.00 | $0.00 | $10,203.00 |

# EXHIBIT C - CLAIMS ANALYSIS

### Case: 5:09-55033    EGGETT, THOMAS J.

Claims Bar Date: 01/13/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 21 | United States Trustee<br>HMM US Courthouse<br>201 Superior Ave., E, Suite 441<br>Cleveland, OH 44114-1240<br><2950-00  U.S. Trustee Quarterly Fees>, 200 | Admin Ch. 7<br>11/02/11 | | $650.00<br>$650.00 | $0.00 | $650.00 |
| | | | **Case Total:** | | **$0.00** | **$1,673,464.96** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 5:09-55033
Case Name: EGGETT, THOMAS J.
Trustee Name: Robert S. Thomas II

| | **Balance on hand:** | $ | 1,405.50 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

| | Total to be paid to secured creditors: | $ | 0.00 |
| | Remaining balance: | $ | 1,405.50 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Robert S. Thomas II | 625.00 | 0.00 | 622.93 |
| Trustee, Expenses - Robert S. Thomas II | 135.18 | 0.00 | 134.73 |
| Fees, United States Trustee | 650.00 | 0.00 | 647.84 |

| | Total to be paid for chapter 7 administration expenses: | $ | 1,405.50 |
| | Remaining balance: | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for D-I-P Fees - STEVEN S. DAVIS | 21,875.00 | 0.00 | 0.00 |
| Attorney for D-I-P Expenses - STEVEN S. DAVIS | 240.46 | 0.00 | 0.00 |

| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $29,891.57 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 8 | Ohio Bureau of Workers' Compensation | 0.00 | 0.00 | 0.00 |
| 9 | Emily Hammonds | 20,520.54 | 0.00 | 0.00 |
| 19 | Portage County Treasurer | 9,371.03 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 223,027.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | DISCOVER BANK | 15,286.14 | 0.00 | 0.00 |
| 2 | Chase Bank USA,N.A | 82.83 | 0.00 | 0.00 |
| 3 | Chase Bank USA, N.A. | 2,602.85 | 0.00 | 0.00 |
| 4 | AMERICAN EXPRESS TRAVEL RELATED SERVICES CO INC | 109,723.14 | 0.00 | 0.00 |
| 5 | The Country Club of Hudson | 3,128.78 | 0.00 | 0.00 |
| 6 | CAPITAL ONE BANK USA, N.A. | 502.83 | 0.00 | 0.00 |
| 7U | Capital One, N.A. | 2,736.29 | 0.00 | 0.00 |
| 10 | Asset Acceptance LLC | 145.24 | 0.00 | 0.00 |
| 15 | Buckley King, LPA | 14,731.79 | 0.00 | 0.00 |
| 18 | FIA CARD SERVICES, N.A. | 63,884.88 | 0.00 | 0.00 |
| 20 | Lisa R. Kraemer | 10,203.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**